# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: VAN E. CHRISTIAN, II ) | |
| ) | CASE NO. 10-09108 |
| JOHN AND CONNIE MCCASLIN, ) | |
| *Plaintiffs*, ) | CHAPTER 7 |
| v. ) | |
| VAN E. CHRISTIAN, II, ) | JUDGE GEORGE C. PAINE, II |
| SPENCER TALBOTT, ) | |
| RHONDA TALBOT, AND ) | |
| TALBOTT TITLE LLC ) | |
| Defendants. ) | |
| ) | ADV. 11-00068A . |

## ORDER CONTINUING HEARING ON MOTION TO DISMISS

This matter was before the Court on Defendants Spencer Talbott and Rhonda Talbott's a Motion to Dismiss. The Parties' counsel have conferred and agreed that the hearing should be continued from August 9, 2001 to August 22, 2001, at 9:00 A.M.

THEREFORE, it is so ORDERED:

That the Hearing on Defendants Spencer Talbott and Rhonda Talbott's Motion to Dismiss is continued to August 22, 2011 at 9:00 A.M.

This order was signed and entered electronically as indicated at the top of the first page

R&L 5689

APPROVED FOR ENTRY:

____/s/ James Roberts_____.
James D. R. Roberts, Reg. No. 017537
Janet L. Layman, Reg. No. 021569
ROBERTS & LAYMAN
1700 Hayes Street, Suite 303
Nashville, Tennessee 37203
(615) 242-2002 office
(615) 242-2042 facsimile
Attorney for the John and Connie McCaslin
Jim.Roberts@RobertsandLayman.com


____/s/____David Cannon____
David F. Cannon, Esq.
346 21st Avenue North
Nashville, TN 37203
321-8787 office
620-7340 facsimile


__/s/ Kevin Key___
Kevin Key
222 Second Ave. N.,
Ste 360-M
Nashville, Tennessee 37201
256-4080 office
244-6844 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent electronically to: debtor's attorney, David F. Cannon, Esq., 346 21st Avenue North, Nashville, TN 37203; Kevin Key, 22 Second Ave. N., Ste 360-M, Nashville, TN 37201, Trustee, Eva M. Lemeh, 4300 Kings Lane, Suite 400, Nashville, TN 37218; and the U.S. Trustee, at 318 Customs House, 701 Broadway, Nashville, TN 37203 on this the 5th day of August, 2011.

_____/s/ James Roberts_____.
James D. R. Roberts
Janet L. Layman

R&L 5689