IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: VAN E. CHRISTIAN, II ) | |
| ) | CASE NO. 10-09108 |
| JOHN AND CONNIE MCCASLIN, ) | |
| *Plaintiffs*, ) | CHAPTER 7 |
| v. ) | |
| VAN E. CHRISTIAN, II, ) | JUDGE GEORGE C. PAINE, II |
| SPENCER TALBOTT, ) | |
| RHONDA TALBOT, AND ) | |
| TALBOTT TITLE LLC ) | |
| Defendants. ) | |
| ) | ADV. 11-0068A |

## NOTICE OF NONSUIT

Comes now the Plaintiff and hereby nonsuits Spencer Talbott and Rhonda Talbott from the above-referenced adversary matter.

Respectfully Submitted:

  /s/ James Roberts                         .
James D. R. Roberts, Reg. No. 017537
Janet L. Layman, Reg. No. 021569
ROBERTS & LAYMAN
1700 Hayes Street, Suite 303
Nashville, Tennessee 37203
(615) 242-2002 office
(615) 242-2042 facsimile
Attorney for John and Connie McCaslin
Jim.Roberts@RobertsandLayman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent electronically to the attorney for the debtor(s)'s attorney, David F. Cannon, Esq., 346 21st Avenue North, Nashville, TN 37203, and Trustee, Eva M. Lemeh, 4300 Kings Lane, Suite 400, Nashville, TN 37218, and by US MAIL to **Spencer Talbott**, 1541 North Martel, Apt. #430, Los Angeles California 90046, Rhonda Talbott 4644 Highway 63, Houston, Missouri 65689-9044 and the U.S. Trustee, at 318 Customs House, 701 Broadway, Nashville, TN 37203 on this the 19th day of August, 2011

  /s/ James Roberts         .
  James D. R. Roberts
  Janet L. Layman

R&L: «File_Case_Number»