IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

| | |
|---|---|
| In the Matter of: } | |
| } | BK No. 3:10-bk-09108 |
| VAN E CHRISTIAN, II } | |
| Debtor } | Judge George C Paine II |
| } | |
| JOHN AND CONNIE MCCASLIN } | Chapter 7 |
| Plaintiffs } | |
| vs. } | |
| } | |
| VAN E CHRISTIAN, II, } | Adv No: 311-0068A |
| SPENCER TALBOTT, } | |
| RHONDA TALBOT AND } | |
| TALBOTT TITLE LLC } | |
| Defendants. } | |

### DEFENDANT'S WITNESS AND EXHIBIT LIST

In accordance with local bankruptcy rules, Defendant Van Christian, through counsel, hereby gives notice of the witnesses and exhibits he may introduce at the hearing on September 28, 2011, in connection with the Adversary Complaint of John and Connie McCaslin. Defendant, Van Christian intends to present the following evidence:

Witnesses:

1. Van Christian
   1541 N. Martel Ave
   Apartment 430
   Los Angeles, CA 90046
   (323)-979-8092

2. Sandy Beuerlein
   225 Brushy Creek Lane
   Nashville, TN 37211
   (615) 202-8516

3. Spencer Talbott
   1541 North Marvel, Apt #430
   Los Angeles, CA 90046
   (310)-775-5029

4. Rhonda Talbott
   4644 Highway East
   Houston, TX 65483
   (417)-619-4717

Exhibits:

1. Financial data associated with business Talbot Title.
2. Emails between the parties.
3. Bank and tax appraisals for 2212 8th Ave, Nashville TN

      The Defendant, Van Christian may also call witnesses or offer exhibits identified by any other party in interest. The Defendant, Van Christian may reserves the right to call additional witnesses or offer other exhibits as may be necessary for rebuttal purposes.

      Respectfully submitted:
/s/ *DAVID F CANNON*
DAVID F CANNON
ATTORNEY AT LAW
346 21ST AVE NORTH
NASHVILLE, TN 37203
615-321-8787 (PHONE)
615-620-7340 (FAX)
dcannon@davidcannon.net