# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

Exhibit/Witness List

| John and Connie McCaslin | | CASE NO: 10-09108-GP3-7 |
|---|---|---|
| VS. | ⦿ Plaintiff ◯ Movant | |
| Van E. Christian, II | | ADV NO: 311-0068A |
| | ⦿ Defendant ◯ Respondent | |

| Presiding Judge | Plaintiff's/Movant's Attorney | Defendant's/Respondent's Attorney |
|---|---|---|
| George C. Paine | James D. R. Roberts | David Foster Cannon / Michelle Spezia |
| **Trial/Hearing date(s)** | **Court reporter** | **Courtroom deputy** |
| Sep 28, 2011 | David Howard | Lolitha Scruggs |

| Pltf./Mov. | Def./Resp. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS * and WITNESSES |
|---|---|---|---|---|---|
| ☒ | ☐ | Sep 28, 2011 | | ☐ | John McCaslin - Witness |
| ☒ | ☐ | Sep 28, 2011 | 1 | ☒ | Operating Agreement of Talbott Title (first page only) |
| ☒ | ☐ | Sep 28, 2011 | 2 | ☒ | Talbot Title Tax Returns for 2006 - 2008 |
| ☒ | ☐ | Sep 28, 2011 | 3 | ☒ | November 9th & 10th, 2009 email with attachment, response by the Debtor |
| ☒ | ☐ | Sep 28, 2011 | 4 | ☒ | November 18, 2009 email with attachment |
| ☒ | ☐ | Sep 28, 2011 | 5 | ☒ | November 19, 2009 email |
| ☒ | ☐ | Sep 28, 2011 | 6 | ☒ | November 18th & 19th, 2009 email |
| ☒ | ☐ | Sep 28, 2011 | 7 | ☒ | November 22nd & 23rd, 2009 email |
| ☒ | ☐ | Sep 28, 2011 | 8 | ☒ | December 1, 2009 email with attachment |
| ☒ | ☐ | Sep 28, 2011 | 9 | ☒ | December 4, 2009 email with attachment |

* Indicate a notation as to the location of any exhibit not held with the case file or not available because of the size

# EXHIBIT AND WITNESS LIST - CONTINUATION

| | |
|---|---|
| John and Connie McCaslin v. Van E. Christian, II, etal | Main Case 10-09108-GP3-7    Adversary Case 311-0068A |

| Pltf/Mov. | Def./Resp. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS * and WITNESSES |
|---|---|---|---|---|---|
| ☒ | ☐ | Sep 28, 2011 | 10 | ☒ | December 15, 2009 Promissory Note |
| ☒ | ☐ | Sep 28, 2011 | 11 | ☐ | December 17, 2009 email with attachment (identification purposes only) |
| ☒ | ☐ | Sep 28, 2011 | 12 | ☒ | December 19, 2009 email with attachment |
| ☒ | ☐ | Sep 28, 2011 | 13 | ☒ | December 28, 2009 email with attachment |
| ☒ | ☐ | Sep 28, 2011 | 14 | ☒ | January 18, 2010 email |
| ☒ | ☐ | Sep 28, 2011 | 15 | ☒ | January 18, 2010 Promissory Note |
| ☒ | ☐ | Sep 28, 2011 | 16 | ☒ | March 9, 2010 email |
| ☒ | ☐ | Sep 28, 2011 | 17 | ☒ | Analysis of Escrow Pro Reconciliations |
| ☒ | ☐ | Sep 28, 2011 | 18 | ☒ | Escrow Pro Reconciliations |
| ☒ | ☐ | Sep 28, 2011 | | ☐ | Constance Lorraine McCaslin - Witness |
| ☐ | ☒ | Sep 28, 2011 | | ☐ | Van Christian, II - Witness |
| ☐ | ☒ | Sep 28, 2011 | C | ☒ | Promissory Notes and Deed of Trust |
| ☐ | ☒ | Sep 28, 2011 | D | ☒ | Appraisal of 2218 8th Ave South Nashville TN |
| ☐ | ☒ | Sep 28, 2011 | E | ☒ | Tax Appraisal of 2212 8th Ave South Nashville TN |
| ☐ | ☒ | Sep 28, 2011 | G | ☒ | Spencer Talbott as Escrow Account Supervisor |

* Indicate a notation as to the location of any exhibit not held with the case file or not available because of the size