IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In Re: | } | |
| | } | BK No. 3:10-bk-09108 |
| VAN E CHRISTIAN, II | } | |
|     Debtor | } | Judge George C Paine II |
| | } | |
| JOHN AND CONNIE MCCASLIN | } | Chapter 7 |
|     Plaintiffs | } | |
| vs. | } | |
| | } | |
| VAN E CHRISTIAN, II, | } | Adv No: 311-0068A |
| SPENSER TALBOTT, | } | |
| RHONDA TALBOT AND | } | |
| TALBOTT TITLE LLC | } | |
|     Defendants. | } | |

## ORDER DISMISSING ADVERSARY PROCEEDING

This matter came before the court on September 28, 2011 on an adversary complaint filed by Plaintiffs, John and Connie McCaslin against Defendant/Debtor, Van E. Christian, II asking the court to hold nondischargeable a debt resulting from the failure of debtor's business, Talbot Title & Escrow, LLC. Pursuant to the Memorandum, docket entry 31, the Court found the Plaintiffs failed to show by a preponderance of the evidence that the debts owed by Defendant are nondischargeable. Accordingly, it is

ORDERED BY THE COURT that the Adversary Proceeding is dismissed, with prejudice.

IT IS FURTHER ORDERED that the debt owed by Defendant/Debtor to Plaintiffs be discharged.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

/s/ DAWN P CANNON

David F. Cannon  
Attorney for Debtor(s)  
346 21st Ave N  
Nashville TN 37203  
(615) 321-8787  
fax (615) 620-7340  
dcannon@davidcannon.net